# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Magistrate #:_____** |
| v. : | |
| : | |
| **WILLIAM HORACE JONES III,** : | |
| : | |
| **Defendant.** : | |

## STATEMENT OF OFFENSE
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Palchak, a Task Force Officer with the Federal Bureau of Investigation (FBI), Washington Field Office, being duly sworn, depose and state as follows:

### I.    INTRODUCTION

1. I am currently assigned to the Federal Bureau of Investigation (FBI)/MPD Child Exploitation Task Force where my duties include investigations pertaining to the sexual exploitation of children and on-line offenses involving children, including the production, transportation, distribution, receipt and possession of child pornography. I have been a member of the Metropolitan Police Department in the District of Columbia since 1994. In 2000, I was promoted to Detective Grade 2 and am currently serving at this rank. During my 26 year tenure with the Metropolitan Police Department, I have been assigned to the Third District Patrol Operations and Prostitution Enforcement Unit, and, since 2000, to the Youth Investigations Division. I am currently assigned to the Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force. I have received training in numerous areas relating to child exploitation. In November of 2005, I received cross designation training from Immigration and

Customs Enforcement (ICE) and the FBI and have participated in numerous online child exploitation investigations and undercover online investigations.

2. As a Task Force Officer for the FBI, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **William Horace Jones III** (DOB XX/XX/███) for violations of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography).

## II.   PROBABLE CAUSE

4. On July 22, 2020 at approximately 7:00 a.m., a FBI WFO TFO was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a fetish website that he was previously a member of. Different areas of this site are known to the UC as a place where people meet, discuss and trade original images of underage children, links containing child pornography, and videos of child pornography among other things. At one point, the UC had been a member of this fetish site for several months. A user using the screen name, "**DirtyDaddynMD**" subsequently, identified as the defendant **William Horace Jones III**, sent the UC a private email within the fetish site. After **Jones** indicated that he had access to a minor male and asked to talk "somewhere safer," the UC provided **Jones** with his KIK account information. On July 22, 2020, at approximately 3:37 p.m., **Jones** sent the UC a private KIK message. **Jones** was using the same KIK account name that he was using on the fetish website, "**DirtyDaddynMD**." During the course of the chat, **Jones** informed the UC that he was 36 years-old. **Jones** further stated that he was raised in an incest family.

5. During the course of the chat, the UC asked, "What are you looking to do here?" **Jones** responded, "chat, share, trade, maybe meet. Ur in DC right?" **Jones** sent the UC an image of his male relative. The image depicted the male relative toddler sitting naked on a white chair. **Jones** then sent several images, including an image of what appeared to be a prepubescent female being anally raped by an adult male. Your affiant reviewed this image and it meets the federal definition of child pornography. **Jones** told the UC that he was a "proud pedo" and that his minor male relative, "swallows my cum at least twice a weekend."

6. On July 23, 2020, **Jones** sent the UC additional images of his minor male relative. The first image depicted a prepubescent toddler standing naked in a wooded area. In the image, a sun emoji covers the child's penis. The second image depicted the same child standing naked in a creek. A third image depicted the minor male relative (approximately five-years old in this image) standing in front of a toilet with his pajama pants pulled down to his ankles. The child's penis is exposed in the image. **Jones** then sent the UC a live camera image of what appears to be the same pants that are seen around the child's ankles.

7. **Jones** sent the UC additional images and a video that meet the federal definition of child pornography. The first image depicted a minor child with her legs spread and her bare vagina visible. The second image depicted a naked prepubescent child lying on her back with her legs slightly spread, exposing her vagina. A third image depicted an older teen or woman spreading the legs of a prepubescent girl to expose her bare vagina. The video depicted a female raping a prepubescent boy by performing oral sex on him.

8. **Jones** stated that he partakes in the following sexual activity with the minor male relative discussed above: "Bjs, jerking off, ass licking, and fingering and playing." **Jones** stated that he has molested at least six children. During the chat, **Jones** provided the UC with his cell number

███-XXXX and also sent a picture of himself. During their conversations, the UC informed **Jones** that he was sexually active with his purported eight year-old daughter and sent non-explicit images of his purported daughter.[1]

9. An emergency disclosure form was submitted requesting IP logs associated with username **DirtyDaddynMD**. KIK responded, providing IP logs spanning July 17, 2020 through July 23, 2020. The IP logs contained a combination of Verizon FIOS and T-Mobile Wireless IP addresses.

10. An emergency disclosure form was submitted to Verizon for one of the IP addresses frequently used by **DirtyDaddynMD** to login to KIK. Verizon verbally identified the subscriber as **William Jones** at address XXXX ███████████████████████. An administrative subpoena was served on T-Mobile requesting subscriber information associated with telephone number ███████████ T-Mobile identified the subscriber as **William H. Jones III** and provided the same address. **Jones'** Facebook profile yielded a publicly available profile photograph matching the one sent to the UC by **DirtyDaddynMD** and photographs of the same minor male relative depicted in the images sent to the UC.

11. The FBI executed a search warrant on July 24, 2020 at **Jones'** residence on ███████████████████████████████ **Jones** agreed to speak to agents and admitted that he had used the username **DirtyDaddynMD**. He also admitted that he used KIK and said that he had fantasized about having sex with children in the past. He denied molesting his minor male relative.

---

[1] The pictures the UC sent were not of a real child and did not meet the federal definition of child pornography.

## CONCLUSION

12. Based on all of the information outlined above, your affiant believes that probable cause exists that **William H. Jones III** (DOB: X⬛⬛⬛⬛) has violated 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography).

Respectfully submitted,

_____
Timothy Palchak
Detective
MPDC

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic reliable means, by telephone, this 24th day of July, 2020

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE